[Nos. 46240-1-II; 46244-3-II.  Division Two.  November 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFF LEROY HARP, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 13-1-00418-3, Stephen M. Warning, J., entered January 6, 2014. *Dismissed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 46243-5-II.  Division Two.  November 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN BEN JONES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01063-5, Bryan E. Chushcoff, J., entered May 9, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 46955-3-II.  Division Two.  November 10, 2015.]

KATHRYN A. LANDON, *Appellant*, v. THE HOME DEPOT, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-2-00945-6, Michael H. Evans, J., entered October 30, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Melnick, JJ. Now published at 191 Wn. App. 635.

[No. 47366-6-II.  Division Two.  November 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREA MATALA ADLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00039-9, Michael H. Evans, J., entered July 17, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Melnick, JJ.